**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority      _____
Send          _____
Enter         _____
Closed        _____
JS-5/JS-6     _____
Scan Only     _____

**CASE NO.:**   CV 18-01176 SJO (PLAx)          **DATE:**  March 23, 2018

**TITLE:**     Josephine Provencio v. Kashmir Sahi et al
========================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                              Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present


========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Josephine Provencio [ECF # 8].  Dismissal is With prejudice.  Accordingly, the Court Orders that this matter shall be dismissed pursuant to the NOTICE of Voluntary Dismissal.

MINUTES FORM 11                                                   ___ : ___
CIVIL GEN                        Page 1 of  1           Initials of Preparer ____Vpc____